No. 70. THOMSON, TRUSTEE OF THE PROPERTY OF THE CHICAGO & NORTH WESTERN RAILWAY Co., v. UNITED

STATES ET AL. February 14, 1944. Roth substituted for Thomson. See *post*, p. 803, No. 70.